858 A.2d 1159

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Michael SERGE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 25, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of August, 2004, the petition for allowance of appeal is granted limited to the issue of whether the admission of a computer-generated animation depicting the Commonwealth's theory of the case was proper. It is further ordered that the trial court is directed to appoint counsel to represent Petitioner/Appellant within thirty days of this order. Appointed counsel shall then immediately enter his or her appearance with this Court.

Jurisdiction retained.